O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERT TERRY, | ) Case No. CV 10-5863-FMO (DTB) |
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendants' Motion to Dismiss plaintiff's Fourth Amended Complaint failure to state a claim upon which relief can be granted is granted without leave to amend; and that Judgment be entered dismissing this action as follows: (a) As to plaintiff's federal civil rights claims with prejudice and (b) as to

1 | any related state law claims without prejudice to plaintiff raising such claims in state
2 | court.

DATED: April 12, 2013

                                                  /s/
                                  FERNANDO M. OLGUIN
                                  UNITED STATES DISTRICT JUDGE