JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERT TERRY, | Case No. CV 10-5863-FMO (DTB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment be entered dismissing this action as follows: (a) As to plaintiff's federal civil rights claims with prejudice and (b) as to any related state law claims without prejudice to plaintiff raising such claims in state court.

DATED: April 12, 2013

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE